

# ERIE COUNTY SHERIFF'S OFFICE
## CIVIL ENFORCEMENT DIVISION

TIMOTHY B. HOWARD  
SHERIFF

MARK N. WIPPERMAN  
UNDERSHERIFF

---

134 W. EAGLE ST. — 4TH FLOOR  BUFFALO, NY 14202

12/3/2014

JAHNKE, SULLIVAN & TOOLIS, LLC  
10075 WEST LINCOLN HIGHWAY  
FRANKFORT, IL 60423

**Subject:** Return of SUMMONS (COURT)  
**Sheriff Docket:** 00395126  
**Court Index:** 14 CV 08204

DUSTIN PICCIUOLO  
-vs-  
JDS RECOVERY, LLC AND EASTERN ASSET SOLUTIONS LLC

We are returning the enclosed SUMMONS (COURT) for the reason(s) indicated below. Any further requests for information should be in writing and directed to the attention of:  
Deputy Michael Hoock.

---

**Disposition:** ____ Satisfied           __x__ Unsatisfied  
                  ____ Partially Satisfied   ____ Applied to reduction of judgment

If Interest has been collected, new interest date is: 11/17/2014  
Final Remittance: _____  
Reason for return

__x__ Unable to locate debtor/Assets        ____ Sale conducted, proceeds to be remitted  
____ Debtor out of Business                 ____ Expired  
____ Per. your request                      ____ Refer to Attached  
____ Bankruptcy #                           ____ Escrow to be returned in normal course  

____ No response to our correspondence of:

__x__ Other/Notes: The company has moved, and no longer located at listed address.

Sincerely,

Deputy Michael Hoock  
*/s/ M.H./*

---

TELEPHONE: (716) 858-7606     FAX: (716) 858-7621     WEBSITE: WWW.ERIE.GOV/SHERIFF